**Sarah J. Ryan,** OSB No. 831311
sryan@bjllp.com
**Megan Walseth Decker**, OSB No. 034878
mdecker@balljanik.com
Ball Janik LLP
101 SW Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone:    (503) 228-2525
Facsimile:    (503) 226-3910

Attorneys for Intel Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JACK C. CHANG**, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**INTEL CORPORATION**, a Delaware corporation,<br><br>　　　　Defendant. | CASE NO. CV 09-1464 JO<br><br>**DECLARATION OF SARAH J. RYAN RE NOTICE OF REMOVAL** |

I, Sarah J. Ryan, hereby declare:

1.    I am a partner with Ball Janik LLP, counsel for defendant Intel Corporation.  I make this declaration of my own personal knowledge and, if called as a witness, I am competent to testify to the matters set forth in this declaration.

2.    On December 11, 2009, I caused to be filed a copy of the Notice of Removal with the Clerk of the Circuit Court for the State of Oregon for the County of Washington.

Page 1 -  **DECLARATION OF SARAH J. RYAN RE NOTICE OF REMOVAL**

3.      In addition, on December 11, 2009, I caused to be mailed (regular and electronic) to:

>Roger Hennagin
>Roger Hennagin, P.C.
>8 North State Street, Suite 300
>Lake Oswego, OR  97034
>Telephone: (503) 636-0400
>Fax: (503) 636-6003
>Email: **roger@hennagin-lawyers.com**

attorney of record for plaintiff, copies of the Notice to Clerk of the Court of Filing of Notice of Removal and Notice of Removal.

Executed this 11th day of December 2009 under penalty of perjury.


>/s/ Sarah J. Ryan
>SARAH J. RYAN

Page 2 -  **DECLARATION OF SARAH J. RYAN RE NOTICE OF REMOVAL**

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **DECLARATION OF SARAH J. RYAN RE NOTICE OF REMOVAL** by:

- [ ] U.S. POSTAL SERVICE;
- [ ] FACSIMILE SERVICE;
- [ ] ELECTRONIC MAIL;
- [x] CM/ECF;
- [ ] ARRANGING FOR HAND DELIVERY;
- [ ] FEDERAL EXPRESS.

addressed to the following attorney at his last-known address on the date stated below:

Roger Hennagin
Roger Hennagin, P.C.
8 North State Street, Suite 300
Lake Oswego, OR  97034
Telephone: (503) 636-0400
Fax: (503) 636-6003
Email: **roger@hennagin-lawyers.com**

Attorney for Plaintiff

DATED:  December 11, 2009.

BALL JANIK LLP

By: /s/ Sarah J. Ryan
Sarah J. Ryan, OSB No. 831311
sryan@bjllp.com
Megan Walseth Decker, OSB No. 034878
mdecker@balljanik.com
101 SW Main Street, Suite 1100
Portland, OR  97204
Telephone:   (503) 228-2525
Facsimile:   (503) 226-3910
Of Attorneys for Defendant

Page 1 -  **CERTIFICATE OF SERVICE**

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone 503-228-2525

::ODMA\PCDOCS\PORTLAND\685136\1