IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| JACK C. CHANG, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 09-1464-JO |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| INTEL CORPORATION, a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Roger A. Hennagin
ROGER A. HENNAGIN, P.C.
8 North State Street
Suite 300
Lake Oswego, OR 97034

　Attorney for Plaintiff

Sarah J. Ryan
Megan Walseth Decker
BALL JANIK LLP
101 S.W. Main Street, Suite 1100
Portland, OR 97204-3219

　Attorneys for Defendant

JONES, Judge:

Stipulated motion (#34) for dismissal is granted as follows:

This action, including all claims against Intel Corporation, is dismissed with prejudice and without fees and costs to either party.

DATED this 7th day of September, 2010.

_____
ROBERT E. JONES
U.S. District Judge

2 - ORDER